UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY OLIVER, | Case No. 2:24-cv-2049-KJM-CSK |
| Plaintiff, | |
| v. | ORDER FOR INTRADISTRICT TRANSFER |
| ABC LEGAL SERVICES, LLC, et al., | |
| Defendants. | |

Plaintiff Anthony Oliver, who proceeds without the assistance of counsel in this case, filed a Complaint on July 24, 2024 and paid the filing fee.[1] Compl. (ECF No. 1). Plaintiff alleges federal claims under 42 U.S.C. § 1983 and state law claims for negligence and California Business and Professions Code § 17200 by Defendants ABC Legal Services, LLC, ACE Attorney Services, Inc., Exclusive Attorney Service, Inc., and County Legal Service, Inc. *See id.* Plaintiff alleges federal question and diversity jurisdiction. *See id.*

A review of the Complaint indicates the alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. *See* E.D. Cal. Local Rule 120(d). Pursuant to Local Rule

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(21).

1

120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In doing so, this Court expresses no opinion on the merits of Plaintiff's claims.

## **ORDER**

Good cause appearing, the Court hereby ORDERS:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721.

Dated:  August 1, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, oliv.2049

2