1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ANTHONY J. OLIVER,<br><br>           Plaintiff,<br><br>   v.<br><br>ABC LEGAL SERVICES, LLC, *et al*,<br><br>           Defendants. | Case No.  1:24-cv-00895-BAM<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE THROUGH THE COURT'S CM/ECF PROGRAM**<br><br> (Doc. 3) |

Plaintiff Anthony J. Olvier ("Plaintiff"), proceeding pro se and *in forma pauperis*, filed this action on July 29, 2024.  (Doc. 1.)  The same day, Plaintiff filed the instant request for permission to file documents electronically through the CM/ECF system.  (Doc. 3.)  On August 2, 2024, Magistrate Judge Chi Soo Kim issued an Order of Intradistrict Transfer, transferring this case to the Fresno Division of the United States District Court for the Eastern District of California.  (Doc. 7.)  On August 9, 2024, Plaintiff filed a First Amended Complaint, an Amended Notice of Interested Parties, and a Notice of Change of Address.  (Docs. 11-13.)

Pursuant to the Local Rules, a pro se party shall file and serve paper documents and may not utilize electronic filing unless granted permission by the Court.  L.R. 133(a)-(b).  A pro se party may request an exception to the paper filing requirement from the Court by filing a stipulation of the parties, or "if a stipulation cannot be had, [a] written motion[] setting out an explanation of reasons for the exception."  L.R. 133(b)(3).

1

1    Plaintiff states that he has a home computer that "allows him to use this Court's software," has a program that allows him to convert Microsoft Word files to PDFs to upload to the CM/ECF database, has no firewalls that would prevent his documents from being uploaded, has a working internet and email that will allow him to receive documents from CM/ECF, and has viewed several tutorials regarding e-filing through the CM/ECF database. (Doc. 3 at 2.) Plaintiff also states that he "will ensure prompt copies of all document to be served upon the Court, and opposing counsel pursuant to Federal Rules of Civil Procedure, rule 5." (*Id.*) Plaintiff notes that he is "recovering from contact with covid19, and this privilege would allow Plaintiff to protect the Court staff from contact with covid19." (*Id.*)

Upon review of the pleadings in this action and the instant request, the Court finds that this action currently does not warrant an exception to the Local Rule. Documents intended to be filed with the Court must be mailed to the Clerk of the Court. *See* Local Rule 134(a). As noted in the Order for Intradistrict Transfer, all future filings shall reference the new Fresno case number assigned and shall be filed at: United States District Court Eastern District of California 2500 Tulare Street Fresno, CA 93721. (Doc. 7 at 2.)

Accordingly, Plaintiff's motion for permission to utilize electronic filing is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **August 13, 2024**         /s/ *Barbara A. McAuliffe*       
                                    UNITED STATES MAGISTRATE JUDGE

2