

United States District Court
Eastern District of California

| ANTHONY OLIVER |
|---|
Plaintiff(s)

Case Number: 1:24-cv-00895-JLT-BAM

V.

| ABC LEGAL SERVICES, L.L.C. et al. |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lori Jean Quinn hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant, ABC Legal Services, LLC

On 03/11/2003 (date), I was admitted to practice and presently in good standing in the USDC for the Southern District of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Oldham v Credit Control Services, 2:23-cv-01946 - Granted

Date: 09/11/2024      Signature of Applicant: /s/ Lori Jean Quinn

**Pro Hac Vice Attorney**

Applicant's Name: Lori Jean Quinn
Law Firm Name: Messer Strickler Burnette, Ltd.
Address: 49 West Jericho Turnpike, #1004

City: Huntington   State: NY   Zip: 11746
Phone Number w/Area Code: (646) 779-8653
City and State of Residence: Seaford, New York
Primary E-mail Address: ljquinn@messerstrickler.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: June D. Coleman
Law Firm Name: Messer Strickler Burnette, Ltd.
Address: 5960 South Land Park Drive #1059

City: Sacramento   State: CA   Zip: 95822
Phone Number w/Area Code: (916) 502-1768   Bar #: 191890

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 19, 2024   /s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT