|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| ANTHONY J. OLIVER, | Case No. 1:24-cv-00895-JLT-BAM |
|---|---|
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S NOTICES OF VOLUNTARY DISMISSAL** |
| v. | **ORDER REGARDING DEFENDANTS ABC LEGAL SERVICES, LLC, BEYOND E-DISCOVERY, LLC, AND JPL PROCESS SERVICE, LLC'S MOTIONS TO DISMISS** |
| ABC LEGAL SERVICES, L.L.C., et al., | |
| Defendants. | |
|   | **(Docs. 22, 26, 27, 44-46)** |

1

Plaintiff Anthony J. Oliver, proceeding *pro se*, initiated this action on July 29, 2024, against Defendants ABC Legal Services, L.L.C.; ACE Attorney Service, Inc.; Exclusive Attorney Service, Inc.;, County Legal Service, Inc.; Beyond E-Discovery, L.L.C.; Direct Legal Support, Inc.; E-Legal Services, Inc.; Case Anywhere, L.L.C.; Commercial Process Serving, Inc.; Green Filing, L.L.C.; Pro Tech Legal Services, L.L.C.; I Serve Legal Support, Inc.; Nicoletti & Harris, Inc.; Legalex Litigation Support Services, L.L.C.; ASAP Legal, L.L.C.; JPL Process Service, L.L.C.; Vanguard Legal Solutions, Inc.; Widely Legal, L.L.C.; and Legalese Attorney Service, L.L.C.  (Doc. 1.)

On September 30, 2024, Plaintiff filed of voluntary dismissal without prejudice as to Defendants ABC Legal Services, LLC; Beyond E-Discovery, LLC; and JPL Process Service, LLC.  (Docs. 44-46.)

In light of the voluntary dismissal, Defendants ABC Legal Services, LLC; Beyond E-Discovery, LLC; and JPL Process Service, LLC only are dismissed from this action by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to terminate these Defendants, only, on the docket.  The  motions to dismiss filed by Defendants ABC Legal Services, LLC; Beyond E-Discovery, LLC; and JPL Process Service, LLC (Docs. 22, 26, 27) are DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **October 1, 2024**              /s/ *Barbara A. McAuliffe*          
                                          UNITED STATES MAGISTRATE JUDGE