UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. OLIVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABC LEGAL SERVICES, L.L.C., et al.,<br><br>　　　　　Defendants. | Case No.  1:24-cv-00895-JLT-BAM<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EXCLUSIVE ATTORNEY SERVICE, INC.**  (Doc. 50)<br><br>**ORDER REGARDING DEFENDANT EXCLUSIVE ATTORNEY SERVICE, INC.'S MOTION TO DISMISS**  (Doc. 41) |

　　　　Plaintiff Anthony J. Oliver, a prisoner proceeding *pro se*, initiated this civil action on July 29, 2024.  (Doc. 1.)  Defendant Exclusive Attorney Service, Inc. filed a motion to dismiss on September 26, 2024.  (Doc. 41.)  The motion was referred to the undersigned for appropriate action.  (Doc. 43.)

　　　　On October 10, 2024, Plaintiff filed a notice of voluntary dismissal without prejudice as to Defendant Exclusive Attorney Service, Inc. only pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 50.)  In light of the voluntary dismissal, Defendant Exclusive Attorney Service, Inc. is dismissed from this action by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to terminate this defendant, only, on the docket.  The motion to dismiss filed by Defendant Exclusive Attorney

1

Service, Inc. (Doc. 41) is therefore denied as moot.

IT IS SO ORDERED.

    Dated:  **October 11, 2024**          /s/ *Barbara A. McAuliffe*          
                                                                  UNITED STATES MAGISTRATE JUDGE