UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. OLIVER, | Case No.  1:24-cv-00895-JLT-BAM |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT COUNTY LEGAL SERVICE, INC.**  (Doc. 52) |
| v. | |
| ABC LEGAL SERVICES, L.L.C., et al., | |
| Defendants. | |

Plaintiff Anthony J. Oliver, a prisoner proceeding *pro se*, initiated this civil action on July 29, 2024.  (Doc. 1.)

On October 21, 2024, Plaintiff filed a notice of voluntary dismissal as to Defendant County Legal Service, Inc.  (Doc. 52.)  The notice is captioned and titled as "Plaintiff's Dismissal with Prejudice as to Defendant County Legal Service, Inc., pursuant to Federal Rules of Civil Procedure Rule 41(A)(1)(A)(2)."  (*Id.*)  However, the body of the notice states that the dismissal is "without prejudice."  (*Id.*)  The Court will therefore construe Plaintiff's notice as one for dismissal of the defendant *without prejudice*.  Further, because Defendant County Legal Service, Inc. has not served an answer or motion for summary judgment, the Court will construe Plaintiff's notice as one for dismissal pursuant to Rule 41(a)(1)(A)(i), not Rule 41(a)(1)(A)(ii).

1

In light of the voluntary dismissal, Defendant County Legal Service, Inc. is dismissed from this action by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to terminate this defendant, only, on the docket.

IT IS SO ORDERED.

Dated: **October 22, 2024**           /s/ *Barbara A. McAuliffe*           
                                      UNITED STATES MAGISTRATE JUDGE