UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. OLIVER,<br><br>    Plaintiff,<br><br>v.<br><br>ABC LEGAL SERVICES, L.L.C., et al.,<br><br>    Defendants. | Case No. 1:24-cv-00895-JLT-BAM<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF DISMISSAL AS TO DEFENDANT NICOLETTI & HARRIS, INC.**  (Doc. 72) |

Plaintiff Anthony J. Oliver, a prisoner proceeding *pro se*, initiated this civil action on July 29, 2024. (Doc. 1.)

On November 4, 2024, Plaintiff filed a notice of dismissal as to Defendant Nicoletti & Harris, Inc. without prejudice pursuant to Federal Rule of Civil Procedure "41(a)(1)(A)(1)." (Doc. 72.) Plaintiff indicates that this defendant was never served. (*Id.*) Because Defendant Nicoletti & Harris, Inc. has not served an answer or motion for summary judgment, the Court will construe Plaintiff's notice as one for dismissal pursuant to Rule 41(a)(1)(A)(i).

In light of the voluntary dismissal, Defendant Nicoletti & Harris, Inc. is dismissed from this action by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate this defendant, only, on the docket.

IT IS SO ORDERED.

    Dated: __**November 5, 2024**__          /s/ *Barbara A. McAuliffe*  
                                                          UNITED STATES MAGISTRATE JUDGE