UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. OLIVER,<br><br>  Plaintiff,<br><br>  v.<br><br>ABC LEGAL SERVICES, L.L.C., et al.,<br><br>  Defendants. | Case No. 1:24-cv-00895-JLT-BAM<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF DISMISSAL AS TO DEFENDANT COMMERCIAL PROCESS SERVING, INC.**<br><br>(Docs. 58, 62, 83) |

Plaintiff Anthony J. Oliver, a prisoner proceeding *pro se*, initiated this civil action on July 29, 2024. (Doc. 1.) On October 21, 2024, Plaintiff filed a request for entry of default as to Defendant Commercial Process Serving, Inc. (Doc. 58.) The same day, Defendant Commercial Process Serving, Inc. file a motion to dismiss. (Doc. 62.)

On November 12, 2024, Plaintiff filed a notice of dismissal as to Defendant Commercial Process Serving, Inc. without prejudice pursuant to Federal Rule of Civil Procedure "41(a)(i)(A)(1)." (Doc. 83.) Because Defendant Commercial Process Serving, Inc. has not served an answer or motion for summary judgment, the Court will construe Plaintiff's notice as one for dismissal pursuant to Rule 41(a)(1)(A)(i).

///

///

///

///

///

1

In light of the voluntary dismissal, Defendant Commercial Process Serving, Inc. is dismissed from this action by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to terminate this defendant, only, on the docket.  Furthermore, Plaintiff's request for entry of default as to Defendant Commercial Process Serving, Inc.  (Doc. 58) and Defendant Commercial Process Serving, Inc.'s motion to dismiss (Doc. 62.) are DENIED as moot.

IT IS SO ORDERED.

Dated:   **November 13, 2024**           /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

2