UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. OLIVER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ABC LEGAL SERVICES, L.L.C., et al.,<br><br>　　　　　　Defendants. | Case No.  1:24-cv-00895-JLT-BAM<br><br>**ORDER DIRECTING SERVICE BY PLAINTIFF OF MOTION TO STRIKE**<br><br>(Doc. 71) |

　　　　Plaintiff Anthony J. Oliver, a prisoner proceeding *pro se*, initiated this civil action on July 29, 2024.  (Doc. 1.)

　　　　On November 4, 2024, Plaintiff filed a motion to strike the answer filed for Defendant Legalese Attorney Service, L.L.C.  Plaintiff asserts that the answer was improperly filed by a non-attorney.  (Doc. 71.)  The motion was referred to the undersigned for appropriate action.  (Doc. 81.)

　　　　Having conducted a preliminary review, the Court notes that Plaintiff has not served Defendant Legalese Attorney Service, L.L.C. with the motion to strike.  According to the certificate of service, the motion to strike was served via CM/ECF.  (*See* Doc. 71 at 5.)  However, electronically filed documents must be served conventionally on Defendant Legalese Attorney Service, L.L.C., by the filer.  Plaintiff is therefore directed to serve the motion to strike on Defendant Legalese Attorney Service, L.L.C., by mail and file proof of such service with the

1

Court. Defendant Legalese Attorney Service, L.LC. shall have fourteen (14) days from the date of service to file any opposition to the motion.

IT IS SO ORDERED.

Dated: **November 15, 2024**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE